1  MICHELE BECKWITH
   Acting United States Attorney
2  STEPHANIE M. STOKMAN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:    (559) 497-4000
   Facsimile:    (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  1:25-CR-00055-KES-BAM

                          Plaintiff,     STIPULATION REGARDING EXCLUDABLE
12                                        TIME PERIODS UNDER SPEEDY TRIAL ACT;
                                          FINDINGS AND ORDER
13              v.

   AARON CORRALES-TORRES,                 DATE: April 23, 2025
14                                        TIME: 1:00 p.m.
                          Defendants.     COURT: Hon. Barbara A. McAuliffe
15

16

17                                **STIPULATION**

18         Plaintiff United States of America, by and through its counsel of record, and defendants, by and

   through defendants' counsel of record, hereby stipulate as follows:
19
           1.      By previous order, this matter was set for status on April 23, 2025.
20
           2.      By this stipulation, defendant now moves to continue the status conference until May 28,
21
   2025, and to exclude time between April 23, 2025, and May 28, 2025, under 18 U.S.C. § 3161(h)(7)(A),
22
   B(iv) [Local Code T4].
23
           3.      The parties agree and stipulate, and request that the Court find the following:
24
                   a)      The government has represented that the discovery associated with this case
25
   includes reports, photographs, and audio files. All of this discovery has been either produced
26
   directly to counsel and/or made available for inspection and copying.
27
                   b)      Counsel for defendant desires additional time to further review discovery, discuss
28
   potential resolution with her client and the government, and investigate and prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 23, 2025 to May 28, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

g)      The parties also agree that this continuance is necessary for several reasons, including but not limited to, the need to permit time for the parties to exchange supplemental discovery, engage in plea negotiations, and for the defense to continue its investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  April 15, 2025                    PHILLIP A. TALBERT
                                          United States Attorney


                                          /s/ STEPHANIE M. STOKMAN
                                          STEPHANIE M. STOKMAN
                                          Assistant United States Attorney

Dated:  April 15, 2025

/s/ ERIN SNIDER
ERIN SNIDER
Counsel for Defendant
AARON CORRALES-TORRES


**ORDER**

IT IS SO ORDERED that the status conference is continued from April 23, 2025, to **May 28, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).


Dated:   **April 16, 2025**

/s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE