HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
AARON CORRALES-TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON CORRALES-TORRES,<br><br>Defendant. | Case No. 1:25-cr-00055-KES-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER**<br><br>Date:  June 11, 2025<br>Time:  1:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |
|---|---|

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Aaron Corrales-Torres, that the Court may continue the status conference currently scheduled for May 28, 2025, at 1:00 p.m. to June 11, 2025, at 1:00 p.m. before the Honorable Barbara A. McAuliffe.

The parties agree and request the Court find the following:

1. By prior order, this matter is set for a status conference on May 28, 2025.

2. The government has produced initial discovery, consisting of 1,857 Bates-marked items.

3. Counsel for the defendant requires additional time to review discovery, consult with her client regarding the case, and conduct necessary investigation.

4. Defense counsel believes that failure to grant the above-requested continuance

1  would deny her the reasonable time necessary for effective preparation, taking into account the
2  exercise of due diligence.
3      5.    The government does not object to the requested continuance.
4      6.    Based on the above-stated findings, the ends of justice served by continuing the
5  case as requested outweigh the interest of the public and the defendant in a trial within the
6  original date prescribed by the Speedy Trial Act.
7      7.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
8  *et seq.*, within which trial must commence, the time period of May 28, 2025, to June 11, 2025,
9  inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
10 **IT IS SO STIPULATED.**

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: May 21, 2025
/s/ Stephanie Stokman
STEPHANIE STOKMAN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: May 21, 2025
/s/ Erin Snider
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
AARON CORRALES-TORRES

///
///
///
///
///
///
///

# ORDER

IT IS SO ORDERED that the status conference is continued from May 28, 2025, to **June 11, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv).

IT IS SO ORDERED.

Dated:  **May 21, 2025**                    /s/ Barbara A. McAuliffe
                                                               UNITED STATES MAGISTRATE JUDGE