HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
AARON CORRALES-TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON CORRALES-TORRES,<br><br>Defendant. | Case No. 1:25-cr-00055-KES-BAM<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND SET MOTION BRIEFING SCHEDULE; AND ORDER**<br><br>Date: July 28, 2025<br>Time: 9:30 a.m.<br>Judge: Hon. |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Aaron Corrales-Torres, that the Court may vacate the status conference currently scheduled for June 11, 2025, at 1:00 p.m. and establish the following briefing schedule for a motion to dismiss: motion due June 16, 2025; opposition due July 7, 2025; reply due July 21, 2025; motion hearing on July 28, 2025, at 9:30 a.m.

The parties agree and request the Court find the following:

1. By prior order, this matter is set for a status conference on June 11, 2025.

2. The government has produced initial discovery, consisting of 1,857 Bates-marked items.

3. Counsel for the defendant requires additional time to review discovery, conduct research, and draft a motion to dismiss.

1   4.   Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5.   The government does not object to the briefing schedule and proposed motion hearing date.

6.   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

7.   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of June 11, 2025, to July 28, 2025, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: June 4, 2025            */s/ Stephanie Stokman*
                              STEPHANIE STOKMAN
                              Assistant United States Attorney
                              Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: June 4, 2025            */s/ Erin Snider*
                              ERIN SNIDER
                              Assistant Federal Defender
                              Attorney for Defendant
                              AARON CORRALES-TORRES

/ / /

/ / /

/ / /

/ / /

/ / /

**O R D E R**

IT IS SO ORDERED. The Court hereby vacates the status conference currently scheduled for June 11, 2025, at 1:00 p.m. and establishes the following briefing schedule for a motion to dismiss: motion due June 16, 2025; opposition due July 7, 2025; and reply due July 21, 2025. The matter is set for a motion hearing on **July 28, 2025, at 9:30 a.m. before the Honorable Kirk E. Sherriff**. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of June 11, 2025, to July 28, 2025, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **June 4, 2025**          /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE