MICHELE BECKWITH
Acting United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON CORRALES TORRES,<br><br>Defendant. | CASE NO. 1:25-CR-00055-KES<br><br>STIPULATION TO MODIFIED MOTION SCHEDULE; FINDINGS AND ORDER |

**STIPULATION**

1. On June 13, 2025, defendant filed a motion in the above matter. Dkt. 27.

2. The Court had previously set a motion schedule.

3. Based on the schedules of the parties, and due to government counsel being out of the office for the past couple weeks, counsel agree and stipulate that the following revised motions schedule shall apply as to these motions:

   a) Opposition to motion shall be filed no later than July 15, 2025.

   b) Reply shall be filed no later than July 28, 2025.

//

//

//

STIPULATION TO MOTION SCHEDULE; FINDINGS AND ORDER

1

    c) Motion hearing shall be rescheduled for August 4, 2025.

IT IS SO STIPULATED.

| Dated: July 7, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
|---|---|
| | /s/ STEPHANIE M. STOKMAN<br>STEPHANIE M. STOKMAN<br>Assistant United States Attorney |
| Dated: July 7, 2025 | /s/ ERIN SNIDER<br>ERIN SNIDER<br>Counsel for Defendant<br>AARON CORRALES TORRES |

## FINDINGS AND ORDER

Good cause having been shown, the briefing schedule and hearing date on the pending motion to dismiss, Doc. 27, is continued as set forth above. For purposes of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the period of July 28, 2025 through August 4, 2025, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: July 7, 2025

                  UNITED STATES DISTRICT JUDGE