HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
AARON CORRALES-TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00055-KES-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE-OF-PLEA; AND ORDER** |
| vs. | |
| AARON CORRALES-TORRES, | Date: August 18, 2025<br>Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Kirk E. Sherriff |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Aaron Corrales-Torres, that the Court may vacate the status conference currently scheduled for August 27, 2025, at 1:00 p.m. and set a change-of-plea hearing on August 18, 2025, at 9:30 a.m.

The parties agree and request that the Court make the following findings:

1.      The parties have reached a resolution and will file a plea agreement shortly.

3.      The parties therefore request that the Court vacate the August 27, 2025 status conference and set a change-of-plea on August 18, 2025, at 9:30 a.m.

4.      Time has previously been excluded through August 27, 2025.

/ / /

/ / /

**IT IS SO STIPULATED.**

                                              Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 13, 2025                /s/ Stephanie Stokman
STEPHANIE STOKMAN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 13, 2025                /s/ Erin Snider
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
AARON CORRALES-TORRES

## O R D E R

IT IS SO ORDERED. The status currently scheduled for August 27, 2025, at 1:00 p.m. is vacated. A change-of-plea hearing is hereby set for **August 18, 2025, at 9:30 a.m. before the Honorable Kirk E. Sherriff**. Time was previously excluded through August 27, 2025.

IT IS SO ORDERED.

Dated:  **August 13, 2025**                /s/ Barbara A. McAuliffe
                                                                  UNITED STATES MAGISTRATE JUDGE